**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-4003-09-CR-C-NKL |
| ) | |
| ROBERT L. JONES ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

     Defendant Jones, by consent, appeared before the undersigned on July 7, 2009, pursuant to Fed. R. Crim. P. 11, Local Rule 72(j)(26), and 28 U.S.C. § 636, and has entered a plea of guilty to Count 17, 30 and 40 of the superseding indictment filed on April 3, 2009. After cautioning and examining the defendant, under oath, in accordance with the requirements of Rule 11, it was determined that the guilty plea was made with full knowledge of the charges and the consequences of pleading guilty, was voluntary, and that the offenses to which the defendant has plead guilty are supported by a factual basis for each of the essential elements of the offenses.

     IT IS, THEREFORE, RECOMMENDED that the plea of guilty be accepted and that defendant Jones be adjudged guilty and have sentence imposed accordingly.

     Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its filing will prevent the defendant from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

     Dated this 8th day of July, 2009, at Jefferson City, Missouri.

                                /s/ *William A. Knox*

                                WILLIAM A. KNOX
                                United States Magistrate Judge